■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v BARNEY SMITH, Respondent. — Order, Supreme Court, New York County (Jerome Marks, J.), entered May 16, 1980, dismissing the second count charging criminal possession of a weapon in the third degree (Penal Law, § 265.02), reversed, on the law, and the second count reinstated. The trial court should not have dismissed the second count of the indictment for legal insufficiency. The testimony of the prosecution witnesses established a prima facie case that the defendant possessed a gun at the time of the occurrence in violation of section 265.02 of the Penal Law. Accordingly, we reinstate that second count. Concur — Murphy, P.J., Birns, Sandler, Ross and Lupiano, JJ.

■ JOHN J. SWEENEY, as President of Local 32B-32J, Service Employes International Union, AFL-CIO, Respondent, v DENNIS H. LEWITAS, Appellant. — Order, Supreme Court, New York County (Dontzin, J.), entered December 29, 1980, granting defendant's motion for summary judgment unless the attorneys for the plaintiff pay $500 in costs to the attorneys for the defendant within 20 days after service of that order with notice of entry, modified, on the law, by adding a provision that the plaintiff serve its bill of particulars within 20 days after service of a copy of this order with notice of entry, and, as modified, affirmed, without costs. In addition to paying costs of $500, plaintiff's attorneys must also serve the bill of particulars within 20 days after service of a copy of this order with notice of entry. Concur — Murphy, P.J., Kupferman, Sandler, Markewich and Lupiano, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MORTON VAN ALLEN, Appellant. — Judgments, Supreme Court, New York County (Preminger, J.), rendered on August 1, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J.P., Sullivan, Carro, Markewich and Bloom, JJ.

■ LEON MADONICK, Respondent, v HARRY MACKLOWE, Appellant. — Judgment, Supreme Court, New York County (Helman, J.), entered on February 9, 1981, unanimously affirmed for reasons stated by Helman, J., at Trial Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur — Sandler, J.P., Sullivan, Carro, Markewich and Bloom, JJ.